

Brian Pete
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

April 8, 2026

File No. 57180.9

**VIA ECF AND FAX**

Hon. H. Kenneth Schroeder, Jr., U.S.M.J.
Western District of New York
2 Niagara Square
Buffalo, New York 14202
Facsimile: (716) 551-1875

> Re:    *Adams v. Credit Acceptance Corporation, et al.*
>        Case No. 1:25-cv-00410-JLS-HKS

Dear Judge Schroeder:

We represent Defendant Self Financial, Inc. ("Self") in the above-referenced matter. We write on behalf of Self and defendants Experian Information Solutions, Inc., LVNV Funding LLC, and Regional Acceptance Corporation, to request clarification as to whether a responsive pleading is required to the Second Amended Complaint ("2AC") filed by Plaintiff on April 1, 2026 (ECF #108). On March 30, 2026, this Court issued its Report, Recommendation & Order (the "RRO") recommending that defendants' motions to dismiss be granted and that plaintiff be permitted to file an amended complaint in accordance with the parameters recommended in the RRO. On April 1, Plaintiff filed the 2AC and then, on April 2, filed Objections to the RRO.

It is defendants' view that Plaintiff does not have leave to file the 2AC until such time as the Hon. John L. Sinatra, Jr., U.S.D.J. adopts the RRO and, specifically, its recommendation that Plaintiff be given leave to amend. Accordingly, we request that this Court enter an order clarifying that defendants do not need to respond to the 2AC pending Judge Sinatra's ruling on the RRO.

Respectfully,

/s/ Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

BP
cc:    All counsel of record (via ECF)
       Plaintiff pro se (via email to davidadams2891@yahoo.com)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
174557662.1