CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS

USDC - WDNY
APR 23 2026
BUFFALO

25cv410

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
04/10/2026 ZIP 14202
043M31274707

US POSTAGE

David Davon Adams
916 Prospect Ave
Buffalo, NY 14213

NIXIE        015    FE 1         0004/20/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK      BC: 14202335099      *2937-03298-11-29